# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATAQUILL LIMITED,

           Plaintiff,

    vs.

TCL COMMUNICATION
TECHNOLOGY HOLDINGS LTD.
AND TCT MOBILE (US) INC.,

         Defendants.

Case No. 2:19−cv−03394 AB(PLAx)

**ORDER ON STIPULATION OF
DISMISSAL PURSUANT TO RULE
41(a)(1)(A)(ii)**

Before the Court is Plaintiff DataQuill Limited ("DataQuill") and Defendants TCL Communication Technology Holdings Ltd. and TCT Mobile (US) Inc. (collectively, "TCL")'s Stipulation of Dismissal.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

That the above-captioned action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

That each party shall bear its own fees and costs; and

That the Court shall retain jurisdiction to enforce the settlement agreement.

**IT IS SO ORDERD.**

DATED: May 18, 2021

_____
Honorable André Birotte Jr.
United States District Judge